# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 70458-3-I |
| Respondent, | ) ) | DIVISION ONE |
| v. | ) ) | UNPUBLISHED OPINION |
| RICHARD WILLIAM TRAINER, | ) ) | FILED: JUL 7 2014 |
| Appellant. | ) | |

PER CURIAM -- Richard Trainer appeals his conviction for attempted first degree theft, arguing that the trial court erred in instructing the jury that it had a "duty to return a verdict of guilty" if it found all the elements of the offense beyond a reasonable doubt. This argument is controlled by our decision in State v. Ryan P. Moore, ___ Wn. App. ___, 318 P.3d 296 (2014) and the cases cited therein.

Affirmed.

For the court:

Cox, J.

Appelwick

Dwyer, J.